UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Novo Nordisk A/S, Novo Nordisk Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Jeffrey Alan McCorry, <br><br> Defendant. | Civil Action No. 2:24–cv–1395 |

## **ORDER**

On or before January 21, 2025, Plaintiffs shall return executed their Magistrate Judge Assignment Form in accordance with Local Rule 73(c) and shall also file their Corporate Disclosure Statement(s) pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1.

Dated at Burlington, in the District of Vermont, this 13th day of January 2025.

*/s/ Kevin J. Doyle*          01
Kevin J. Doyle
United States Magistrate Judge